IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-CR-159 |
| | ) |
| CHARLES DANIEL MULLINS | ) |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of his trial date [doc. 14]. Therein, defense counsel requests a thirty-day continuance in order to "complete the investigation into the facts and circumstances of this matter and . . . fully advise the Defendant of the best possible resolution for his case."

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 14] is **GRANTED**, and this criminal case is **CONTINUED** from February 20, 2014, to Thursday, **March 20, 2014, at 9:00 a.m.** The new plea cutoff date is March 6, 2014.

ENTER:

      s/ Leon Jordan
United States District Judge